**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 23-1552**

———————

In re: RAYMOND IDEMUDIA AIGBEKAEN,

Petitioner.

———————

On Petition for Writ of Mandamus to the United States District Court of Maryland at Baltimore. James K. Bredar, Chief, District Court Judge; Stephanie A. Gallagher, District Court Judge;  J. Mark Coulson, Beth P. Gesner, Timothy J. Sullivan, Magistrate Judges. (1:15-cr-00462-JKB-2)

———————

Submitted:  September 7, 2023                    Decided: September 15, 2023

———————

Before WYNN and RICHARDSON, Circuit Judges, and MOTZ, Senior Circuit Judge.

———————

Petition denied by unpublished per curiam opinion.

———————

Raymond Idemudia Aigbekaen, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Idemudia Aigbekaen petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction, his Fed. R. Civ. P. 60(b) motion to reconsider the denial of his 28 U.S.C. § 2255 motion, and his motion to recuse the district judge. Aigbekaen seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court has since ruled on each of these motions. Accordingly, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*